IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR310 |
| v. | ORDER |
| JAMES D. SIMPSON, JR., | |
| Defendant. | |

This matter is before the Court on the Motion to Continue Trial (Filing No. 84). Counsel needs additional time to prepare for trial and meet with the defendant. Counsel for the government has no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 84) is granted as follows:

1. The jury trial now set for June 17, 2024, is continued to **July 22, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and July 22 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 29th day of May 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge