IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JAMES D. SIMPSON, JR.,<br><br>                    Defendant. | **8:21CR310**<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Continue Trial (Filing No. 93). The Assistant United States Attorney has verified the case agent is unavailable on originally scheduled trial date. Counsel for the defendant has no objection to the continuance. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 93) is granted as follows:

1. The jury trial now set for July 22, 2024, is continued to **August 5, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 5, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated the 9th day of July 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge