IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>JAMES D. SIMPSON, JR.,<br><br>                Defendant. | **8:21CR310**<br><br>**ORDER** |

      This matter is before the Court on the Joint Motion to Continue Trial (Filing No. 95). Counsel requests this Court reschedule the trial currently scheduled to begin on August 5, 2024 to begin on July 29, 2024.  Accordingly,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 95) is granted as follows:

1.     The jury trial now set for August 5, 2024, is continued to **July 29, 2024.**

      Dated the 15th day of July 2024.

                                                    BY THE COURT:

                                                    Robert F. Rossiter, Jr.
                                                    Chief United States District Judge